# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

DONALD C. ROLLING,         :   No. 120 MM 2017

           Petitioner      :

             v.          :

UNEMPLOYMENT COMPENSATION   :
BOARD OF REVIEW,          :

           Respondent     :

## ORDER

**PER CURIAM**

      **AND NOW**, this 12th day of October, 2017, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.